M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 17 A 9:42

NATHAN WILLIAMS
Full name and prison name of DEBRA P. HACKETT, CLK
Plaintiff(s)     U.S. DISTRICT COURT
              MIDDLE DISTRICT ALA

v.                                    ) CIVIL ACTION NO. 1:07-CV-931-MEF
                                      ) (To be supplied by Clerk of U.S. District
LAWSON LITTLE                         ) Court)
DOUG VALESKA                          )
THOMAS K. BRANTLEY                    )
_____               )
_____               )
_____               )
Name of person(s) who violated your   )
constitutional rights. (List the names)
of all the person.)                   )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Houston County Court

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. Doug Valeska (D.A)               Houston County Court.
2. Lawson Little (Judge)            Houston County Court.
3. Thomas K. Brantley (Lawyer)      401 N. Foster
4.                                  Dothan, AL 36301
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   10-01-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Unjust Sentencing

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Judge Little gave me a maximum sentence and a illeagal sentence for a first time felon.

GROUND TWO: D.A Paid witness's to testify

SUPPORTING FACTS: Even though witness's were supposed to appear in court, the D.A paid funds for them to testify.

GROUND THREE: Inaffective Counsel.

SUPPORTING FACTS: Thomas K. Brantley never followed through with motions as well as tried to resign from case right before trial and I feel my intrest's were not represented to his best ability.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

CHANGE OF VENUE, WITH A NEW TRIAL, TO OVERTURN MY CONVICTION.

*Nathan Williams*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-15-07 .
(Date)

*Nathan Williams*
Signature of plaintiff(s)

NATHAN WILLIAMS #55430
H-Pod 901 E. MAIN.
DOTHAN, ALABAMA
36301

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA.
P.O Box 711
MONTGOMERY, ALABAMA
36101

LEGAL MAIL