IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 1:07-CV-931-MEF |
| | )       WO |
| LAWSON LITTLE, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 22, 2007 (Doc. #4), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The § 1983 claims presented against Judge Lawson Little, Doug Valeska, and Thomas Brantley are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii);

2. Plaintiff's challenge to the constitutionality of the conviction and sentence imposed upon him by the Circuit Court for Houston County, Alabama, is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time; and

3. This case is DISMISSED prior to service of process.

Done this the 16th day of November, 2007.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE